UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YISA GARCIA, <br><br> Defendant. | Case No.: 1:12-cv-01744 - LJO - JLT <br><br> ORDER DIRECTING PLAINTIFF TO FILE A DECLARATION IN SUPPORT OF THE MOTION FOR DEFAULT JUDGMENT |

Joe Hand Promotions, Inc. ("Plaintiff") seeks the entry of default judgment against defendant Yisa Garcia (Doc. 9). In the memorandum in support thereof, Plaintiff references "Plaintiff's Affidavit in Support of Plaintiff's Application for Default Judgment by the Court," which was to be "concurrently filed" with the motion. (*See* Doc. 9-1 at 9). However, Plaintiff did not file an affidavit, and there is no evidence before the Court supporting the amount of damages requested for the claim of conversion.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff **SHALL** file a declaration in support of the motion for default judgment within 14 days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **March 14, 2013**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

1