1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YISA GARCIA,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01744 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES<br><br>(Docs. 17, 19) |

    Joe Hand Promotions, Inc. ("Plaintiff") seeks an award of attorneys' fees and costs pursuant to 47 U.S.C. § 553. (Doc. 17). Defendant Yisa Garcia, individually and doing business as Carthage Café and Hookah Lounge did not oppose the motion. On May 30, 2013, the Magistrate Judge recommended Plaintiff's motion be granted in the amount of $1,358.50. (Doc. 19).

    Though the parties were granted fourteen days after the date of service, to file objections to the Magistrate Judge's Findings and Recommendations or until June 13, 2013, none were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

///

///

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed May 30, 2013 are **ADOPTED IN FULL**;
2. Plaintiff's motion for attorneys' fees and costs (Doc. 17) is **GRANTED** in the modified amount of $**1,358.50**.

IT IS SO ORDERED.

Dated:   **June 14, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE